UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIAL BLAINE,<br><br>    Petitioner,<br><br>  v.<br><br>I. JACQUEZ,<br><br>    Respondent. | Case No. 18-cv-07625-SI<br><br>**JUDGMENT** |

This action is dismissed because it is moot and because the court lacks jurisdiction over it.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 29, 2019

_____
SUSAN ILLSTON
United States District Judge